918

No. 604, Misc. GWIN v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 605, Misc. TOMAIOLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 609, Misc. VILLAHERMOSA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. 

No. 623, Misc. RESTREPO v. FLORIDA SUPREME COURT. Sup. Ct. Fla. Certiorari denied.

No. 624, Misc. THOMAS v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. 

No. 626, Misc. VALENTINE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 627, Misc. MARTINEZ v. OLIVER ET AL. C. A. 9th Cir. Certiorari denied.

No. 628, Misc. RUDICK v. LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 2d Cir. Certiorari denied. *Leonard B. Boudin* for petitioner. *Solicitor General Griswold* for respondents. 

No. 642, Misc. ELKSNIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 643, Misc. COBB v. BURKE, WARDEN. C. A. 7th Cir. Certiorari denied.